# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOROTHY MONTANG and THOMAS MONTANG, Wife and Husband,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV379 |
| vs. | ) ) | ORDER OF DISMISSAL |
| **WAL-MART STORES, INC., d/b/a WAL-MART SUPERCENTER,** | ) ) ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' JOINT STIPULATION OF VOLUNTARY DISMISSAL (#19). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Being fully advised in the premises, the court finds that dismissal is appropriate.

**IT IS ORDERED:**

1. The JOINT STIPULATION OF VOLUNTARY DISMISSAL (#19) is granted.
2. This case is dismissed with prejudice as to each and every claim.
3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED: April 8, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**